## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: James Michael Neil Chance**
                    **Debtor(s)**

**BK NO. 23-00705 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
11 Apr 2023, 14:10:52, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: b1e990b915fad3786a903e30e234d0c5de0abfda1765472fe9f61ee2fcfc39f