# United States Bankruptcy Court
# Middle District Of Pennsylvania

In re: Chance, James Michael Neil

Debtor(s)

Case No. 1:23-bk-00705-HWV
Chapter 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document(s):

**Motion to Extend Automatic Stay**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on 04/11/2023.

Dated: 04/11/2023

/s/ Michael A. Cibik
Michael A. Cibik
Debtor or Debtor's(s') Counsel
Bar Number: 23110
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060
Email: mail@cibiklaw.com

---

**Borough of Hanover**
44 Frederick St
Hanover, PA 17331-3501

**Citibank/Sears**
Attn: Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

**Credit Acceptance**
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034

**Hanover Public School District**
403 Moul Ave
Hanover, PA 17331-1588

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**KML Law Group**
701 Market St Ste 5000
Philadelphia, PA 19106-1541

**Kohls/Capital One**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

**M & T Bank**
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240-0844

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Pennsylvania Department of Revenue**
Bankruptcy Division
Po Box 280946
Harrisburg, PA 17128-0946

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Synchrony Bank**
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896-5064

Debtor  Chance, James Michael Neil                                        Case number 1:23-bk-00705-HWV

**U.S. Attorney, Middle District of Pa.**  
235 N Washington Ave Ste 311  
Scranton, PA 18503-1533

**U.S. Department of Justice**  
950 Pennsylvania Ave NW  
Washington, DC 20530-0009

**Wells Fargo Mortgage**  
Att: Written Correspondance Dept  
PO Box 10335  
Des Moines, IA 50306-0335

**York County Assessment & Tax Claim Office**  
28 E Market St Rm 105  
York, PA 17401-1587