UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES MICHAEL NEIL CHANCE     CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 1-23-00705-HWV
         Movant
vs.
JAMES MICHAEL NEIL CHANCE

         Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 2, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on March 31, 2023.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
    - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

         Respectfully submitted,

         /s/ Douglas R. Roeder, Esquire
         ID: 80016
         Attorney for Movant
         Jack N. Zaharopoulos
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES MICHAEL NEIL CHANCE      CHAPTER 13

CASE NO: 1-23-00705-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on March 31, 2023.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**

A hearing with the Court has been scheduled for:

Sylvia H. Rambo United States Courthouse     Date: May 24, 2023
Bankruptcy Courtroom 8, 4th Floor
1501 North 6th Street     Time: 09:30 AM
Harrisburg, PA 17102

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **May 16, 2023**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated: May 2, 2023     Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JAMES MICHAEL NEIL CHANCE | CHAPTER 13 |
| Debtor(s) | CASE NO: 1-23-00705-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 2, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

MICHAEL A CIBIK, ESQUIRE
CIBIK LAW, PC
1500 WALNUT ST, SUITE 900
PHILADELPHIA PA  19102-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG PA  17102

Served by First Class Mail

JAMES MICHAEL NEIL CHANCE
905 SHERWOOD ST
HANOVER  PA   17331-1359

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 2, 2023

/s/  Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JAMES MICHAEL NEIL CHANCE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-23-00705-HWV

vs.

JAMES MICHAEL NEIL CHANCE

Respondent(s)

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.