United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00705-HWV
James Michael Neil Chance  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: May 03, 2023     Form ID: ntnew341     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Michael Neil Chance, 905 Sherwood St, Hanover, PA 17331-1359 |
| 5531521 | | Borough of Hanover, 44 Frederick St, Hanover, PA 17331-3501 |
| 5531524 | ++ | HANOVER PUBLIC SCHOOL DISTRICT, ATTN TROY WENTZ, 403 MOUL AVENUE, HANOVER PA 17331-1589 address filed with court:, Hanover Public School District, 403 Moul Ave, Hanover, PA 17331-1588 |
| 5531529 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5531531 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5531533 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5531536 | | York County Assessment & Tax Claim Office, 28 E Market St Rm 105, York, PA 17401-1587 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5531522 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 18:50:26 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5531523 | + | Email/Text: ebnnotifications@creditacceptance.com | May 03 2023 18:41:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5531524 | | Email/Text: twentz@hanoverpublic.org | May 03 2023 18:41:00 | Hanover Public School District, 403 Moul Ave, Hanover, PA 17331-1588 |
| 5531525 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2023 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5531526 | ^ | MEBN | May 03 2023 18:37:11 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5531527 | | Email/Text: PBNCNotifications@peritusservices.com | May 03 2023 18:41:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5536473 | | Email/Text: camanagement@mtb.com | May 03 2023 18:41:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5531528 | | Email/Text: camanagement@mtb.com | May 03 2023 18:41:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5531530 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2023 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5531532 | | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 18:50:25 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5531534 | ^ | MEBN | May 03 2023 18:37:10 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5531535 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 03 2023 18:50:31 | Wells Fargo Mortgage, Att: Written |

Correspondance Dept, PO Box 10335, Des Moines, IA 50306-0335

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 James Michael Neil Chance mail@cibiklaw.com cibiklawpc@jubileebk.net |
| Michael I. Assad | on behalf of Debtor 1 James Michael Neil Chance mail@cibiklaw.com cibiklawpc@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Michael Neil Chance,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00705−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: June 8, 2023<br><br>Time: 11:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 3, 2023 |

ntnew341 (04/18)