United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                      Case No. 23-00705-HWV

James Michael Neil Chance                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf010 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Michael Neil Chance, 905 Sherwood St, Hanover, PA 17331-1359 |
| 5531521 | | Borough of Hanover, 44 Frederick St, Hanover, PA 17331-3501 |
| 5531529 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5531531 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5531533 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5531536 | | York County Assessment & Tax Claim Office, 28 E Market St Rm 105, York, PA 17401-1587 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5531522 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 18:50:31 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5531523 | + | Email/Text: ebnnotifications@creditacceptance.com | May 16 2023 18:39:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5531524 | | Email/Text: twentz@hanoverpublic.org | May 16 2023 18:40:00 | Hanover Public School District, 403 Moul Ave, Hanover, PA 17331-1588 |
| 5531525 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2023 18:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5531526 | ^ | MEBN | May 16 2023 18:37:53 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5531527 | | Email/Text: PBNCNotifications@peritusservices.com | May 16 2023 18:39:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5536473 | | Email/Text: camanagement@mtb.com | May 16 2023 18:40:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5531528 | | Email/Text: camanagement@mtb.com | May 16 2023 18:40:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5531530 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2023 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 5531532 | | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 18:50:36 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 5531534 | ^ | MEBN | May 16 2023 18:37:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5531535 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 16 2023 18:50:36 | Wells Fargo Mortgage, Att: Written Correspondance Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023       Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 James Michael Neil Chance mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| Michael I. Assad | on behalf of Debtor 1 James Michael Neil Chance mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

**James Michael Neil Chance**

**Debtor 1**

| | |
|---|---|
| **Chapter:** | **13** |
| **Case No.:** | **1:23-bk-00705-HWV** |

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

**IT IS ORDERED** that the case of the above named Debtor is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 16, 2023